**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LLOYD-LEWIS, Civil No. 00-771 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

CITY OF MINNEAPOLIS, a
municipal corporation,

Defendant.

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 11th, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed SEP 11 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________