**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Lloyd Lewis,**

**Plaintiff,**

**Court File No.: 00-771 DWF/AJB**

**vs.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**City of Minneapolis,**
**A municipal corporation,**

**Defendant.**

---

The above-entitled matter having been fully compromised and settled, the parties, either individually or by and through their undersigned attorneys, hereby stipulate and agree that the Clerk of Court above-named shall enter judgment dismissing all claims herein, with prejudice, but without cost to any party.

Dated: November 15, 2000

Lloyd Lewis
Lloyd Lewis

Dated: November 17, 2000

JAY M. HEFFERN
City Attorney
By

Caroline M. Bachun
CAROLINE M. BACHUN
Assistant City Attorney
Attorney Reg. No. 024370X
Attorney for Defendant
City of Minneapolis
300 Metropolitan Centre
333 South Seventh St.
Minneapolis, MN 55402
(612) 673-2754

FILED NOV 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 20 2000
DEPUTY CLERK

## ORDER

UPON THIS FOREGOING STIPULATION,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs to any party, be entered in the above-entitled action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 20, 2000

DONOVAN W. FRANK
Judge of United States District Court